**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Illuminated Trees, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-2742590** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9814 Variel Ave**<br>**Chatsworth, CA 91311**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Illuminated Trees, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

   A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

   B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

     ■ Chapter 11. *Check **all** that apply:*

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Illuminated Trees, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | Lenasi, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Central District of Caliornia   When  07/24/2025 | Case number, if known | 1:25-bk-11327 |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Illuminated Trees, Inc.**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Illuminated Trees, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 24, 2025**
MM / DD / YYYY

**X** /s/ John Harutunian

Signature of authorized representative of debtor

**John Harutunian**
Printed name

Title  **CEO**

**18. Signature of attorney**

**X** /s/ Vahe Khojayan            Date  **July 24, 2025**

Signature of attorney for debtor                 MM / DD / YYYY

**Vahe Khojayan SBN261996**
Printed name

**YK Law, LLP**
Firm name

**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**
Number, Street, City, State & ZIP Code

Contact phone  **213-401-0970**     Email address  **vkhojayan@yklaw.us**

**SBN261996 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Illuminated Trees, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Po Box 96001 Los Angeles, CA 90096 | | Business Debt | | | | $4,814.14 |
| Bluevine 5415 Evergreen Way Everett, WA 98203 | | Business Debt | | | | $35,000.00 |
| Dambie Asia Limited 18F, One Peking, 1 Peking Road Tim Sha Tsui, Kowolon, Hong Kong | | Business Debt | | | | $13,286.00 |
| Ivy Receivables, LLC Lieberman and Klestzick, LLP 381 Sunrise Hwy 3rd Floor Lynbrook, NY 11563 | | Business Debt | | | | $97,432.80 |
| Sequium Asset Solutions, LLC 2700 Cumberland Parkway SE Ste 200 Atlanta, GA 30339 | | Business Debt | | | | $115.19 |
| Southwest Recovery Services 16200 Addison Road, Ste 260 Addison, TX 75001 | | Business Debt | | | | $6,541.59 |
| Square 1455 Market Street, Ste 600 San Francisco, CA 94103 | | Business Debt | | | | $100,000.00 |

Debtor __Illuminated Trees, Inc._____  Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stripe Servicing, Inc. 354 Oyster Point Boulevard, South San Francisco, CA 94080 | | Business Debt | | | | $140,452.00 |
| US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | Business Debt | | | | $14,830.31 |
| Webfunder, LLC 803 S. 21st Ave Hollywood, FL 33020 | | Business Debt | | | | $50,000.00 |

Illuminated Trees, Inc.
9814 Variel Ave
Chatsworth, CA 91311


Vahe Khojayan
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071


American Express
Po Box 96001
Los Angeles, CA 90096


Bluevine
5415 Evergreen Way
Everett, WA 98203


Dambie Asia Limited
18F, One Peking, 1 Peking Road
Tim Sha Tsui, Kowolon, Hong Kong


Ivy Receivables, LLC
Lieberman and Klestzick, LLP
381 Sunrise Hwy
3rd Floor
Lynbrook, NY 11563


Sequium Asset Solutions, LLC
2700 Cumberland Parkway SE
Ste 200
Atlanta, GA 30339


Southwest Recovery Services
16200 Addison Road, Ste 260
Addison, TX 75001

Square
1455 Market Street, Ste 600
San Francisco, CA 94103


Stripe Servicing, Inc.
354 Oyster Point Boulevard,
South San Francisco, CA 94080


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


Webfunder, LLC
803 S. 21st Ave
Hollywood, FL 33020

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Vahe Khojayan SBN261996**
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**
**213-401-0970 Fax: 213-433-3321**
California State Bar Number: **SBN261996 CA**
vkhojayan@yklaw.us

FOR COURT USE ONLY

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Illuminated Trees, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Vahe Khojayan SBN261996**                                        , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☑ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

   b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| July 24, 2025 | By: | /s/ Vahe Khojayan |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

Name:   **Vahe Khojayan SBN261996**
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

3:07 PM

07/23/25

Cash Basis

# Illuminated Trees
# Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Deposit** | 83,965.98 |
| **Refund** | 11,009.82 |
| **Sales** | 2,126,502.84 |
| **Sales Discounts** | -214,187.45 |
| **Shipping and Delivery Income** | 1,200.00 |
| **Total Income** | 2,008,491.19 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | 677,904.92 |
| **Total COGS** | 677,904.92 |
| **Gross Profit** | 1,330,586.27 |
| **Expense** | |
| **Automobile Expense** | |
| **Fuel** | 2,658.19 |
| **Parking** | 22.00 |
| **Registration** | 1,033.00 |
| **Repairs & Maintenance** | 1,550.91 |
| **Truck Payment** | 6,803.49 |
| **Automobile Expense - Other** | 1,183.40 |
| **Total Automobile Expense** | 13,250.99 |
| **Bank Service Charges** | |
| **Service Charge** | 130.00 |
| **Bank Service Charges - Other** | 957.44 |
| **Total Bank Service Charges** | 1,087.44 |
| **County Taxes** | 2,890.44 |
| **Dues and Subscriptions** | 2,759.04 |
| **Insurance Expense** | |
| **Bus Liability** | 1,136.34 |
| **Insurance Expense - Other** | 1,041.81 |
| **Total Insurance Expense** | 2,178.15 |
| **Interest Paid On Loan** | 350,769.20 |
| **International transaction fee** | 127.51 |
| **Meals and Entertainment** | 6,941.02 |
| **Merchant Fees** | |
| **Wire Fee** | 899.68 |
| **Merchant Fees - Other** | 195,082.47 |
| **Total Merchant Fees** | 195,982.15 |
| **Miscellaneous Expense** | 853.87 |
| **Office Expense** | |
| **Computer and Internet** | 2,146.44 |
| **Supplies** | 325.00 |
| **Office Expense - Other** | 1,810.96 |
| **Total Office Expense** | 4,282.40 |
| **Postage and Delivery** | 1,971.42 |
| **Professional Fees** | |
| **Consulting** | 27,000.00 |
| **Professional Fees - Other** | 3,000.00 |
| **Total Professional Fees** | 30,000.00 |
| **Rent Expense** | 258,147.94 |
| **Repairs and Maintenance** | 5,379.58 |
| **return of posted check** | -232,950.79 |
| **Shipping expense** | -32,775.95 |
| **Subcontractors** | 261,689.42 |
| **Telephone Expense** | 7,550.25 |
| **Trade Show Expense** | 392,397.78 |
| **Travel Expense** | 5,036.05 |

3:07 PM

07/23/25

Cash Basis

# Illuminated Trees
# Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Utilities** | |
| **Gas Company** | 1,978.03 |
| **Water & Power** | 6,548.60 |
| **Utilities - Other** | 6,125.33 |
| **Total Utilities** | 14,651.96 |
| **Total Expense** | 1,292,219.87 |
| **Net Ordinary Income** | 38,366.40 |
| **Net Income** | **38,366.40** |

3:21 PM

07/23/25

Cash Basis

# Illuminated Trees
## Balance Sheet
### As of July 23, 2025

|  | Jul 23, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank Of  America Corp | -412,668.18 |
| Bank Of America | -40,103.56 |
| CASH Account | 454,547.17 |
| Citibank - 6239 | -5,800.00 |
| Transfer | 7,800.00 |
| **Total Checking/Savings** | 3,775.43 |
| **Accounts Receivable** | |
| Accounts Receivable | 693,558.40 |
| **Total Accounts Receivable** | 693,558.40 |
| **Other Current Assets** | |
| Inventory Asset | -1,879,664.68 |
| Showroom Inventory & Furniture | 83,911.35 |
| Undeposited Funds | 616,489.78 |
| **Total Other Current Assets** | -1,179,263.55 |
| **Total Current Assets** | -481,929.72 |
| **Fixed Assets** | |
| 2014 Jeep | 7,898.11 |
| Forklifts | 14,877.85 |
| Furniture and Equipment | 66,217.86 |
| Sublease | -3,879.00 |
| Truck & Trailer | 14,328.49 |
| **Total Fixed Assets** | 99,443.31 |
| **TOTAL ASSETS** | **-382,486.41** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | |
| Credit card payments | -496,815.93 |
| Accounts Payable - Other | -229,762.40 |
| **Total Accounts Payable** | -726,578.33 |
| credit card monthly payments | -92,593.68 |
| **Total Accounts Payable** | -819,172.01 |
| **Other Current Liabilities** | |
| Advance Customer Payments | 10.00 |
| Clover Loan payment 20% | -88,482.47 |
| Square loan payment | 148,027.50 |
| **Total Other Current Liabilities** | 59,555.03 |
| **Total Current Liabilities** | -759,616.98 |
| **Long Term Liabilities** | |
| Business Loan | 633,847.80 |
| Loan | 382,100.00 |
| **Total Long Term Liabilities** | 1,015,947.80 |
| **Total Liabilities** | 256,330.82 |

**3:21 PM**

**07/23/25**

**Cash Basis**

**Illuminated Trees**

# Balance Sheet

**As of July 23, 2025**

|  | Jul 23, 25 |
|---|---|
| **Equity** | |
| **Owner's Equity - John** | 113,362.00 |
| **Owner's Equity - Levon** | -153,348.60 |
| **Owners Equity Silvia** | -1,710,301.21 |
| **Retained Earnings** | 1,123,351.67 |
| **Net Income** | -7,577.52 |
| **Total Equity** | -634,513.66 |
| **TOTAL LIABILITIES & EQUITY** | -378,182.84 |